IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SCARLET JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-1280 |
| | ) | Judge Trauger |
| TRANE U.S., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial set for September 9, 2014 and the pretrial conference set for September 5, 2014 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 28th day of June 2013.

_____
ALETA A. TRAUGER
U.S. District Judge